# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Glemaud Management Company LLC          CASE NO.: 24–10417–dsj

Social Security/Taxpayer ID/Employer ID/Other Nos.:          CHAPTER: 11
81–0666469

---

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable David S Jones in this Chapter 11 case.

Glemaud Management Company LLC was dismissed from the case on July 16, 2025 .

Dated: July 16, 2025                              Vito Genna
                                                 Clerk of the Court